WLADYSLAW ZEBROWSKI, Respondent, *v.* MAXIM BOBINSKI, Appellant. (Action No. 2.)

Submitted October 3, 1938; decided October 11, 1938.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 332.)

CITY OF BUFFALO, Respondent, *v.* JENNIE W. COTTLE et al., as Executors of OCTAVIUS O. COTTLE, Deceased, et al., Appellants, Impleaded with Others.

Submitted October 3, 1938; decided October 11, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 536.)

GLENN L. JUDD et al., Appellants, *v.* BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 2 OF THE TOWN OF HEMPSTEAD et al., Respondents.

JOHN J. BENNETT, JR., as Attorney-General of the State of New York, et al., Respondents.

Submitted October 3, 1938; decided October 11, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 200.)